**Leonicio Esau VELASQUEZ–MELENDEZ, Petitioner**

v.

**Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.**

No. 12–3289.

United States Court of Appeals, Eighth Circuit.

Submitted: May 7, 2013.

Filed: May 14, 2013.

Roy Petty, Law Offices of Roy Petty, Rogers, AR, for Petitioner.

Sharon Michele Clay, Karen Yolanda Drummond, Richard M. Evans, Zoe Jaye Heller, U.S. Department of Justice, Washington, DC, for Respondent.

Before MURPHY, SMITH, and COLLOTON, Circuit Judges.

PER CURIAM.

Guatemalan citizen Leonicio Velasquez–Melendez petitions for review of an order of the Board of Immigration Appeals, which affirmed an immigration judge's denial of withholding of removal. After careful review, we conclude that substantial evidence supported the denial of withholding of removal. *See Ortiz–Puentes v. Holder*, 662 F.3d 481, 483–84 (8th Cir. 2011) (harm suffered by Guatemalan petitioners who refused to join gang did not establish eligibility for withholding of removal on account of either political opinion or membership in particular social); *Wijono v. Gonzales*, 439 F.3d 868, 872 (8th Cir.2006) (standard of review). Accordingly, we deny the petition. *See* 8th Cir. R. 47B.